## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ERIC GUNDRUM and MICHAEL KING,** | : | |
| **individually and on behalf of all persons** | : | |
| **similarly situated,** | : | **Civil Action No.: 4:17-cv-00055-TCK-TLW** |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CLASS AND COLLECTIVE ACTION** |
| **v.** | : | |
| | : | |
| **CLEVELAND INTEGRITY** | : | |
| **SERVICES, INC.,** | : | |
| | : | |
| **Defendants.** | : | |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

Plaintiffs Eric Gundrum and Michael King, through their undersigned counsel, respectfully move this Court for an Order:

1.      Granting preliminary approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion;

2.      For settlement purposes, preliminarily certifying the state law claims as a Fed. R. Civ. P. 23 class on behalf of the Settlement Class;

3.      Preliminarily approving Plaintiffs Eric Gundrum and Michael King as the Representatives of the Settlement Class;

4.      Preliminarily approving Berger & Montague, P.C. as Class Counsel for the Settlement Class;

5.      Preliminarily approving Dahl Administration, LLC as Settlement Administrator and preliminarily approving the costs of claims administration;

6.      Approving the Class Notice and Claim Form, a true and correct copy of which are attached as Exhibits A and B, respectively, to the Settlement Agreement; and

7.     Approving the proposed schedule and procedure for completing the final approval process as set forth in the Parties' Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Shanon J. Carson, and Plaintiffs Eric Gundrum and Michael King in Support of the Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement Agreement, the attached Exhibits, and all other records, pleadings and papers on file in this action.  Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: July 10, 2017                           Respectfully submitted,

                                               BERGER & MONTAGUE, P.C.


                                               s/ Shanon J. Carson
                                               Shanon J. Carson
                                               Sarah R. Schalman-Bergen
                                               Alexandra K. Piazza
                                               BERGER & MONTAGUE, P.C.
                                               1622 Locust Street
                                               Philadelphia, PA 19103
                                               Telephone: (215) 875-3000
                                               Facsimile: (215) 875-4604
                                               Email:  scarson@bm.net
                                                        sschalman-bergen@bm.net
                                                        apiazza@bm.net

                                               Steven T. Horton, OBA No. 14589
                                               HORTON LAW FIRM
                                               114 N.W. 6th Street, Suite 201
                                               Oklahoma City, Oklahoma 73102
                                               Telephone: (405) 606-8080
                                               Facsimile: (405) 606-8088
                                               E-mail: shorton@coxinet.net

                                               *Counsel for Plaintiffs and the Class*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing was served

upon all counsel of record through the Court's ECF system this 10th day of July, 2017.

<u>s/ Shanon J. Carson</u>
Shanon J. Carson