**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ERIC GUNDRUM and MICHAEL KING, individually and on behalf of all persons similarly situated, | : : : : Civil Action No.: 4:17-cv-00055-TCK-TLW |
| Plaintiffs, | : : |
| | : CLASS AND COLLECTIVE ACTION |
| v. | : : |
| CLEVELAND INTEGRITY SERVICES, INC., | : : : : |
| Defendants. | : |

**PLAINTIFFS' UNOPPOSED RENEWED MOTION FOR
PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs Eric Gundrum and Michael King, through their undersigned counsel, respectfully move this Court for an Order granting preliminary approval to the Parties' Settlement Agreement, and state as follows:

1. On August 16, 2017, the Court issued an Opinion and Order finding that the Settlement Agreement overall is fair ant the proposed class should be preliminarily certified for settlement purposes, but directed the parties to submit an amended Class Notice in conformance with the Order and Fed. R. Civ. P. 23(c)(2)(b)(iv). (Doc. 91.)

2. Pursuant to the Court's Opinion and Order, Plaintiffs now renew their request for preliminary approval of the settlement and submit an amended Class Notice as Exhibit A.

3. In support of their Motion, Plaintiffs incorporate by reference their Unopposed Motion for Preliminary Approval of the Settlement Agreement (Doc. 89), Memorandum of Law in support (Doc. 90), as well as all declarations and exhibits attached thereto.

4. Defendant has reviewed this Motion and the amended Class Notice and has no objection to the requested relief.

Accordingly, Plaintiffs respectfully request that the Court grant their Unopposed Renewed Motion for Preliminary Approval of the Settlement Agreement and set a date and time for the Final Fairness Hearing. An amended proposed Order is submitted for the Court's consideration.

Dated: August 16, 2017 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　BERGER & MONTAGUE, P.C.

　　　　　　　　　　　　　　　　　　　　　s/ Shanon J. Carson
　　　　　　　　　　　　　　　　　　　　　Shanon J. Carson
　　　　　　　　　　　　　　　　　　　　　Sarah R. Schalman-Bergen
　　　　　　　　　　　　　　　　　　　　　Alexandra K. Piazza
　　　　　　　　　　　　　　　　　　　　　BERGER & MONTAGUE, P.C.
　　　　　　　　　　　　　　　　　　　　　1622 Locust Street
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 875-3000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 875-4604
　　　　　　　　　　　　　　　　　　　　　Email: scarson@bm.net
　　　　　　　　　　　　　　　　　　　　　　　　　 sschalman-bergen@bm.net
　　　　　　　　　　　　　　　　　　　　　　　　　 apiazza@bm.net

　　　　　　　　　　　　　　　　　　　　　Steven T. Horton, OBA No. 14589
　　　　　　　　　　　　　　　　　　　　　HORTON LAW FIRM
　　　　　　　　　　　　　　　　　　　　　114 N.W. 6th Street, Suite 201
　　　　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73102
　　　　　　　　　　　　　　　　　　　　　Telephone: (405) 606-8080
　　　　　　　　　　　　　　　　　　　　　Facsimile: (405) 606-8088
　　　　　　　　　　　　　　　　　　　　　E-mail: shorton@coxinet.net

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 16th day of August, 2017.

s/ Shanon J. Carson
Shanon J. Carson
