IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC GUNDRUM and MICHAEL KING, individually and on behalf of all persons similarly situated, | : : : : Civil Action No.: 4:17-cv-00055-TCK-TLW |
| Plaintiffs, | : |
| v. | : |
| CLEVELAND INTEGRITY SERVICES, INC., | : : |
| Defendant. | : |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs Eric Gundrum and Michael King ("Plaintiffs") through their undersigned counsel, respectfully move this Court for an Order:

1. Granting final approval of the parties' Settlement Agreement and finding it is fair, reasonable, and adequate, and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act (29 U.S.C. §§ 201, *et seq*.);

2. For settlement purposes, finally certifying the following Settlement Class as a class action pursuant to Fed. R. Civ. P. 23 and as a collective action pursuant to 29 U.S.C. § 216(b):

> all employees who worked for Cleveland Integrity Services, Inc. in the job title of inspector and who were paid on a daily rate basis in any workweeks between January 1, 2015 and March 31, 2017, except for individuals who held only jobs containing the word "Chief" ("Settlement Class");

3. Finally approving Plaintiffs Eric Gundrum and Michael King as the Representatives of the Settlement Class;

4. Finally approving the proposed service awards in the amount of $20,000 each to Eric Gundrum and Michael King and $2,500 each to Opt-In Plaintiffs Donnie Hood, Eric Malone,

Christopher Teague, Erasmo Enriquez, and Jacob Carlson for their service to the Settlement Class and in exchange for their additional released claims in favor of Defendant;

5. Finally approving Berger & Montague, P.C. as Class Counsel for the Settlement Class;

6. Granting Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs, and directing payment of attorneys' fees pursuant to the terms of the Settlement Agreement and costs not to exceed $25,000.00;

7. Finally approving Dahl Administration, LLC as the Settlement Administrator and the costs of claims administration not to exceed $28,035.00;

8. Finding the Parties have fully complied with the notice provisions of the Class Action Fairness Act (28 U.S.C. § 1715); and

9. Granting final judgment in this case and dismissing it with prejudice in accordance with the terms of the Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Kelly Kratz on behalf of Dahl Administration, LLC, the Declaration of Brian Mead, and all other records, pleadings and papers on file in this action. Defendant does not oppose this Motion and after providing notice of the Settlement to the Settlement Class Members, there are zero (0) objections to this Motion by any Class Member.

A proposed Order is submitted for the Court's consideration.

Dated: November 27, 2017                           Respectfully submitted,

                                                   /s/ Shanon J. Carson
                                                   Shanon J. Carson
                                                   Sarah R. Schalman-Bergen
                                                   Alexandra K. Piazza
                                                   BERGER & MONTAGUE, P.C.
                                                   1622 Locust Street

Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

*Attorneys for Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 27th day of November, 2017.

s/ Shanon J. Carson
Shanon J. Carson
