IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC GUNDRUM and MICHAEL KING, individually and on behalf of all persons similarly situated, | : : : : |
| Plaintiffs, | Civil Action No.: 4:17-cv-00055-TCK-JFJ : : |
| v. | : : |
| CLEVELAND INTEGRITY SERVICES, INC., | : : : |
| Defendant. | : : |

**FINAL ORDER AND JUDGMENT GRANTING**
**FINAL APPROVAL OF THE SETTLEMENT AGREEMENT (ECF No. 99)**

AND NOW, this 4th day of December, 2017, upon consideration of Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement (ECF No. 99), the Court grants the Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is finally approved as fair, reasonable, and adequate, and the Settlement Agreement reflects a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*;

2. For settlement purposes, the following Settlement Class is certified as a class action pursuant to FED. R. CIV. P. 23 and as a collective action pursuant to 29 U.S.C. § 216(b):

> all employees who worked for Cleveland Integrity Services, Inc. in the job title of inspector and who were paid on a daily rate basis in any workweeks between January 1, 2015 and March 31, 2017, except for individuals who held only jobs containing the word "Chief" ("Settlement Class");

3. Plaintiffs Eric Gundrum and Michael King are approved as the Representatives of the Settlement Class;

4. The proposed service awards are approved in the amount of $20,000 each to Eric Gundrum and Michael King and $2,500 each to Opt-In Plaintiffs Donnie Hood, Eric Malone,

Christopher Teague, Erasmo Enriquez, and Jacob Carlson, for their respective service to the Settlement Class and in consideration of their additional released claims in favor of Defendant;

5. Shanon J. Carson, Sarah R. Schalman-Bergen, and Alexandra K. Piazza of Berger & Montague, P.C. are appointed as Class Counsel for the Settlement Class;

6. Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs is granted, and payment of attorneys' fees pursuant to the terms of the Settlement Agreement and out-of-pocket costs not to exceed $25,000.00 are approved;

7. Dahl Administration, LLC is approved as the Settlement Administrator and the costs of claims administration not to exceed $28,035.00 are approved; and

8. The Parties have complied with the notice provisions of the Class Action Fairness Act, 28 U.S.C. § 1715. Notices were timely sent to the U.S. Attorney General and to the Attorneys General of forty-four (44) states; none have elected to comment on or object to this Settlement.

9. The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment immediately pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

10. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiffs, the certified Settlement Class, and Defendant for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

**IT IS SO ORDERED this 4th day of December, 2017.**

*Terence C. Kern*
Honorable Terence C. Kern
United States District Judge